

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

JUN 2 0 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

David W. Starkey,

        Plaintiff(s),

vs.

David Struckman, et al.,,

        Defendant(s).

Case Number: 02-CV-951-TCK-SAJ

# MS07 095

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, Phil Lombardi, Clerk of this United States District Court certify that the attached judgement is a true and correct copy of the original judgment entered in this action on 11-12-2004, and filed on 11-10-2004, as it appears in the records of this Court, and that

No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on June 18, 2007.

Phil Lombardi,
Clerk of Court, United States District Court

_____
By: S. MacDonald, Deputy Clerk



**07-MC-00095-CERT**

Certification of Judgment for Registration in Another District        AO-451 (Modified 7/03)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

DAVID WAYNE STARKEY,
an individual,

      Plaintiff,

v.

DAVID STRUCKMAN, et al.,

      Defendants

Case No. 02-CV-951K(J)

MS07 095

FILED
NOV 10 2004
Phil Lombardi, Clerk
U.S. DISTRICT COURT

## JUDGMENT

This matter came before the Court for consideration of the plaintiff's amended motion for summary judgment and defendant's motion for summary judgment. The issues having been duly considered and a decision having been rendered in accordance with the Order filed,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment is hereby entered for the Plaintiff and against the Defendant for the principal sum of $4,650,905.00 together with interest from November 10, 2004 until paid at the rate of 2.35 percent (%) per annum.

ORDERED this 10 day of November, 2004.

_____
TERENCE KERN
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of Oklahoma } SS
I hereby certify that the foregoing is a true copy of the original on file in this court.

Phil Lombardi, Clerk
By_____
Deputy